# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **MONARCH NETWORKING SOLUTIONS LLC,** | |
| **Plaintiff,** | CIVIL ACTION NO. 6:20-CV-381-ADA |
| v. | |
| **CISCO SYSTEMS, INC.; MERAKI LLC; DUO SECURITY, INC.,** | |
| | JURY TRIAL DEMANDED |
| **Defendants.** | |

## SCHEDULING ORDER

IT IS HEREBY ORDERED that the above entitled and numbered case is set for the following schedule:

| Date | Event |
|---|---|
| August 13, 2020 | Case Management Conference |
| August 27, 2020 | Deadline for Motions to Transfer |
| August 27, 2020 | The Parties shall submit an agreed Scheduling Order. If the parties cannot agree, the parties shall submit separate motions for entry of each Order briefly setting forth their respective positions on items where they cannot agree. Absent agreement of the parties, the Plaintiff shall be responsible for the timely submission of this and other Joint filings. |
| October 5, 2020 | Defendant shall serve preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, (2) technical documents, including CAD drawings and software where applicable, sufficient to show the operation of the accused product(s), and (3) summary, annual sales |

|  | information for the accused product(s) for the prior two years, unless the parties agree to some other timeframe. |
|---|---|
| October 19, 2020 | Parties exchange claim terms for construction |
| November 5, 2020 | Parties exchange proposed claim constructions |
| November 12, 2020 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall also provide a summary of the witness's expected testimony including the opinions to be expressed and a general description of the basis and reasons therefor. A failure to summarize the potential expert testimony in a good faith, informative fashion may result in the exclusion of the proffered testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| November 19, 2020 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| December 1, 2020 | Parties file Opening claim construction briefs, including any arguments that any claim terms are indefinite |
| December 21, 2020 | Parties file Responsive claim construction briefs |
| January 7, 2021 | Parties file Reply claim construction briefs |
| January 11, 2021 | Parties submit Joint Claim Construction Statement. In addition to filing, the parties shall jointly submit, via USB drive, Box (not another cloud storage),[1] or email to the law clerk, pdf versions of all as-filed briefing and exhibits. Each party shall deliver to Chambers paper copies of its Opening, Response, and Reply *Markman* Briefs, omitting attachments. Absent agreement of the parties, the Plaintiff shall be responsible for the timely submission of this and other Joint filings. |
| February 4, 2021 | *Markman* hearing |
| February 11, 2021 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a) |

---

[1] To the extent a party wishes to use cloud storage, the parties should contact the law clerk to request a Box link so that the party can directly upload the file to the Court's Box account.

| | |
|---|---|
| March 18, 2021 | Deadline to add parties |
| April 1, 2021 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| April 29, 2021 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. |
| May 27, 2021 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| June 17, 2021 | Close of fact discovery |
| June 24, 2021 | Opening expert reports |
| July 22, 2021 | Rebuttal expert reports |
| August 12, 2021 | Close of expert discovery |
| August 19, 2021 | Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| August 26, 2021 | Dispositive motion deadline and *Daubert* motion deadline |
| September 2, 2021 | Serve Pretrial Disclosures (jury instructions, exhibit list, witness lists, discovery and deposition designations). |
| September 23, 2021 | Serve objections to pretrial disclosures/rebuttal disclosures |
| September 30, 2021 | Serve objections to rebuttal disclosures and File Motions *in limine* |

| October 7, 2021 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, designations); file oppositions to motions *in limine* |
|---|---|
| October 14, 2021 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| October 20, 2021 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine* |
| October 25, 2021 | Final pretrial conference |
| November 15, 2021 | Jury selection/trial |

IT IS SO ORDERED this ___ day of _____, 2020.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE