# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| MONARCH NETWORKING SOLUTIONS LLC | § § § | CIVIL NO: WA:20-CV-00381-ADA |
| vs. | § § § | |
| CISCO SYSTEMS, INC., MERAKI LLC, DUO SECURITY, INC. | | |

## ORDER SETTING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MARKMAN HEARING** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, as well as on Zoom on **Thursday, February 04, 2021 at 09:00 AM**. The link for the zoom hearing will be sent by e-mail.

IT IS SO ORDERED this 28th day of January, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE