# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| MONARCH NETWORKING SOLUTIONS LLC | § § § § § § | CIVIL NO: WA:20-CV-00381-ADA |
| vs. | | |
| CISCO SYSTEMS, INC., MERAKI LLC, DUO SECURITY, INC. | | |

## ORDER RESETTING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MARKMAN HEARING** by zoom on **Thursday, February 04, 2021 at 09:30 AM**.

IT IS SO ORDERED this 1st day of February, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE